UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ASSET FUNDING GROUP, L.L.C., ET AL          CIVIL ACTION

VERSUS                                       NO. 07-2965

ADAMS AND REESE, L.L.P.                      SECTION: "B"(4)

## ORDER AND REASONS

Plaintiffs' motion to exclude the testimony of defendant's proposed expert, H. Kenneth Lefoldt, Jr. is **DENIED** (Record Document No. 408). CPA Mr. Lefoldt, Jr.'s expertise in Finance and Accounting has previously been established in federal district and bankruptcy courts and state trial courts. He has served as an examiner, trustee, liquidating trustee/accountant in hundreds of bankruptcy cases. He is a member of the American Bankruptcy Institute, Association of Insolvency and Restructuring Advisors and the American College of Bankruptcy. Mr. Lefoldt Jr.'s knowledge about the workings of bankruptcy court probably surpasses that of many attorneys including many who regularly practice in that court. Except for one limitation, his opinions, as reported, comply with *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 43 F. 3d 1311(9th Cir. 1995), including all pertinent procedural and evidentiary rules.

His opinion would also be admissible if it stated that Adams and Reese could not force a client or third party to accept or reject a lease or assignment because it would simply restate what all lawyers know - they are not the client, lawyers advise and clients decide. Whether more could have done to influence the

outcome is debatable. His opinion that Defendant had "no control" over outcome could be misconstrued by a reasonable juror. Accordingly, we exclude that part of the opinion that says "Adams & Reese could have done nothing different to change that outcome" and "These matters are outside Adams and Reese's control."

Movant fails to show factual or legal support for its remaining objections. By movant's standards, experts could not use the type of assistance from counsel that the rules authorize and contemplate in the formulation of their reports and opinions. Counsel and this expert did not abuse that authority. Expert witnesses do not create historical facts, they gather facts from many sources, including attorneys who rely upon court records, litigants, etc. This Court refuses to chill the relationship between experts and counsel in litigation who reasonably associate within acceptable norms set by the federal rules. This expert's opinions on the financial assessments of bankruptcy bid proposals, bankruptcy settlements and property damage settlements are reliable, admissible and valuable for the jury.

New Orleans, Louisiana, this 28th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE